IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


OTIS D. BLAXTON,

        Plaintiff,

v.                                                         3:08cv440-WS

DANIEL C. LAIDACKER, et al.,

        Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation (doc. 31) docketed March 3, 2010. The magistrate judge recommends that the plaintiff's "Motion for an Order of Transfer to a Civil Rights Facility" (doc. 29), construed as a request for injunctive relief, be denied. The plaintiff has filed objections (doc. 33) to the magistrate judge's report and recommendation.

      Upon review of the record, this court has determined that the recommendation should be adopted.

      Accordingly, it is ORDERED:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2.  The plaintiff's "Motion for an Order of Transfer to a Civil Rights Facility" (doc. 29), construed as a request for injunctive relief, is hereby DENIED.

3.  To the extent the plaintiff's "Objection" (doc. 33) can be construed as an objection to the magistrate judge's order (doc. 30) directing the plaintiff to file an amended complaint, the plaintiff's "Objection" is denied.  The court finds no error in the magistrate judge's order.

3.  The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this ___23rd___ day of ___March___, 2010.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE