IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OTIS D. BLAXTON,

        Plaintiff,

v.                                                                   3:08cv440-WS

DANIEL C. LAIDACKER, et al.,

        Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 40) docketed September 23, 2010. The magistrate judge recommends that the plaintiff's "Request for Injunctive Relief" (doc. 37) be denied. The plaintiff has filed no objections to the magistrate judge's report and recommendation.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's "Request for Injunctive Relief" (doc. 37) is hereby DENIED.

DONE AND ORDERED this     25th     day of       October      , 2010.


                                        s/ William Stafford
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE