UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OTIS D. BLAXTON,

    Plaintiff,

v.        3:08cv440-WS

DANIEL C. LAIDACKER, et al.,

    Defendants.

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 128) docketed December 5, 2011. The magistrate judge recommends that this case be dismissed without prejudice pursuant to the plaintiff's motion for voluntary dismissal. The defendants do not object to the relief requested by the plaintiff. See Doc. 127.

The court having reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 128) is ADOPTED and incorporated into this order by reference.

2. The clerk shall enter judgment, stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this    3rd    day of    January   , 2012.

        s/ William Stafford
        WILLIAM STAFFORD

SENIOR UNITED STATES DISTRICT JUDGE