IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


OTIS D. BLAXTON,

       Plaintiff,

v.                                                     3:08cv440-WS

DANIEL C. LAIDACKER, et al.,

       Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed August 1, 2012.  See Doc. 133.  The magistrate judge recommends that the plaintiff's "Motion to Correct Error" be denied.  The plaintiff has filed objections (doc. 134) to the report and recommendation.

Having considered the record in light of the plaintiff's objections, the court finds that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 133) is hereby ADOPTED and incorporated by reference into this order.

2.  The plaintiff's "Motion to Correct Error" (doc. 132) is DENIED.

DONE AND ORDERED this      22nd      day of      August     , 2012.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE